953 A.2d 760

LORRAINE MOCCO, PLAINTIFF–RESPONDENT, v. JERSEY CITY ZONING BOARD OF ADJUSTMENT, DEFENDANT–RESPONDENT, AND BRUNSWICK 9 ASSOCIATES, LLC, DEFENDANT–PETITIONER.

July 8, 2008.

It is ORDERED that the petition for certification is granted, and the judgment of the Appellate Division is summarily modified to remand the matter to the Jersey City Board of Adjustment to reconsider Brunswick 9 Associates, LLC's variance application and for specific findings regarding the positive and negative criteria without regard to whether "the subject site may have been improperly zoned."

953 A.2d 760

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. TERRY CODER, DEFENDANT–PETITIONER.

July 8, 2008.

Granted.

953 A.2d 760

CARMELLA J. HOOD, ET AL., PLAINTIFFS–PETITIONERS, v. KEVIN RYAN, ETC., ET AL., DEFENDANTS–RESPONDENTS.

July 23, 2008.

Denied.